187 So.2d 440

**William J. CAMPBELL**

**v.**

**STANDARD GENERAL REALTY COMPANY, Inc.**

**No. 48219.**

June 21, 1966.

In re: Gerald O. Pratt applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 185 So.2d 598.

Writ refused: On the facts found by the Court of Appeal, there is no error of law in its judgment.

187 So.2d 440

**In re Administration of Money or Property Abandoned or of Unknown Ownership— STANDARD GENERAL REALTY COMPANY, Inc.**

**No. 48220.**

June 21, 1966.

In re: L. J. Scanlon, Public Administrator, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 185 So.2d 585.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

187 So.2d 440

**In re Administration of Money or Property Abandoned or of Unknown Ownership— STANDARD GENERAL REALTY COMPANY, Inc.**

**No. 48221.**

June 21, 1966

In re: Gerald O. Pratt applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 185 So.2d 585.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.